IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PAUL WILLIAM WILSON, | : | |
| Petitioner, | : | Civil Action No. 5:10-cv-156 |
| v. | : | PROCEEDINGS UNDER |
| | : | 28 U.S.C. § 2254 |
| DONALD BARROW, | : | |
| Respondent. | : | |

*ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 14] that Petitioner's Petition for Writ of Habeas Corpus be denied as untimely according to the provisions of the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d). Petitioner filed an Objection to the Recommendation [Doc. 15]. Having considered Petitioner's Objection and having investigated the matter *de novo*, however, this Court agrees with the findings and conclusions of the United States Magistrate Judge that Plaintiff's Petition should be denied as untimely. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In his Objection, Petitioner objects to Judge Weigle's conclusion that his habeas petition is untimely. Petitioner argues that he is entitled to equitable tolling because (1) he has a 6th grade education and must rely on others to read and write for him; (2) the State of Georgia did not provide him, as an indigent inmate, with legal assistance; and (3) he had to have the Georgia Bar Association force counsel to provide him with his trial transcripts. These arguments, however, fail to establish that he has been pursuing his rights diligently and that some extraordinary circumstance stood in his way to prevent timely filing. Holland v. Florida, __ U.S.

\_\_, 130 S.Ct. 2549, 2562 (2010) (citation omitted). As explained by Judge Weigle in his Recommendation, Petitioner has failed to show "that he was diligent in pursuing his rights, as he has failed to explain why he waited until 2007, as long as six (6) years after his appeal was docketed in the Supreme Court of Georgia, to make further investigation into the outcome of the appeal." Recommendation, p. 3, Doc. 14. Thus, Petitioner's Petition for Writ of Habeas Corpus is denied as untimely.

**SO ORDERED**, this 10th day of December, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH